# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

DYLAN LAMOREAUX
Plaintiff

v.

BEN E. KEITH COMPANY
Defendant

4:23-cv-1206
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Dylan Lamoreaux

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Dylan Lamoreaux and Sanford Law Firm, PLLC

| | |
|---|---|
| Date: | 08/22/2022 |
| Signature: | /s/ Josh Sanford |
| Print Name: | Josh Sanford |
| Bar Number: | 24077858 |
| Address: | 10800 Financial Centre Pkwy |
| City, State, Zip: | Little Rock, AR 72211 |
| Telephone: | (501) 221-0088 |
| Fax: | (888) 787-2040 |
| E-Mail: | josh@sanfordlawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons