IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DYLAN LAMOREAUX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    PLAINTIFF,<br><br>V.<br><br>BEN E KEITH COMPANY,<br><br>    DEFENDANT. | CASE NO. 4:23-CV-1206 |

## NOTICE OF APPEARANCE

Attorney Matthew R. McCarley of Forester Haynie, PLLC, does hereby enter his appearance on behalf of Plaintiff in this matter. Mr. McCarley certifies that he is a member in good standing of the Bar of the Northern District of Texas and is a registered CM/ECF filer. Mr. McCarley will serve as local counsel along with Plaintiff's other attorneys.

Respectfully submitted,

/s/ *Matthew R. McCarley*
Matthew R. McCarley (Local Counsel)
TX Bar No. 24041426
mccarley@foresterhaynie.com

**FORESTER HAYNIE, PLLC**
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
Facsimile: (214) 346-5909

ATTORNEY FOR THE PLAINTIFF