IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DYLAN LAMOREAUX, Individually and on**         **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.         No. 4:23-cv-1206-Y

**BEN E. KEITH COMPANY**         **DEFENDANT**

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Dylan Lamoreaux, individually and on behalf of all others similarly situated, by and through his undersigned counsel, for his Notice of Voluntary Dismissal without Prejudice, hereby states as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses his Complaint (ECF No. 1) without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Page 1 of 2
Dylan Lamoreaux et al v. Ben E. Keith Company
U.S.D.C. (N.D. Tex.) Case No. 4:23-cv-1206-Y
Notice of Voluntary Dismissal without Prejudice

Respectfully submitted,

*/s/ Josh Sanford*
Josh Sanford (Tex. No. 24077858)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
*josh@sanfordlaw.com*

Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Facsimile: (612)-336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

*Attorneys for Plaintiff and Putative Class*
*\*Pro Hac Vice forthcoming*

**Page 2 of 2**
**Dylan Lamoreaux et al v. Ben E. Keith Company**
**U.S.D.C. (N.D. Tex.) Case No. 4:23-cv-1206-Y**
**Notice of Voluntary Dismissal without Prejudice**