```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

DYLAN LAMOREAUX            §
                           §
VS.                        §    ACTION NO. 4:23-CV-1206-Y
                           §
BEN E. KEITH COMPANY       §

<u>FINAL JUDGMENT</u>

In accordance with the Notice of Voluntary Dismissal Without Prejudice (doc. 7) and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED October 8, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE